IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN A RYLES-ROTH IRA,
STEPHEN E. WHITWELL-ROTH IRA,
LANDNPULASKI LLC                                                                             PLAINTIFFS

V.                                                      4:10CV00139  JMM

CITY OF JACKSONVILLE                                                                       DEFENDANT

### ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice.  The Court retains complete jurisdiction until June 24, 2011, to rule on subsequent motions and to vacate this order to enforce the settlement agreement if the parties do not perform as required under the agreement and further litigation is necessary.  The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that the motions pending at this time (docket # 19 and 24) are moot.

Dated this 24th day of May, 2011.

James M. Moody
United States District Judge